JS 45 (5/97) - (Revised USAO MA 11/15/05)

### Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** Hanover, MA    **Category No.** III    **Investigating Agency** ICE

**City** Hanover, MA and Elsewhere    **Related Case Information:**

**County** Plymouth

**Superseding Ind./ Inf.** _____ **Case No** 10-10413-NG
**Same Defendant** _____ **New** _____
**Magistrate Judge Case Number** _____
**Search Warrant Case**    See Additional Information
**R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant** BL Trading, LLC     **Juvenile** ☐ Yes ☒ No

**Alias Name** _____

**Address** 145 Webster St., Hanover, Massachusetts

**Birth date (Year only):** N/A   **SSN (last 4 #):** N/A   **Sex** __ **Race:** N/A   **Nationality** N/A

**Defense Counsel if known:** Denis King    **Address:** 400 Atlantic Avenue
                 Boston, MA 02110-3333

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Scott L. Garland    **Bar Number if applicable** 650358

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Victims:** ☒ Yes ☐ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☒ No

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☒ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12-6-10    **Signature of AUSA:** /s/ Scott L. Garland

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     BL Trading, LLC

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 2315 | Sale and Receipt of Stolen Property | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Search Warrant Case #s:** 09-1624-TSH, 09-1665-TSH, 09-1768-TSH, 09-MJ-1769-TSH, 09-MJ-1770-TSH, 09-1772-TSH, 09-MJ-1016-1 (D. M.D.N.C.)

**Other Related Cases:** United States v. Kevin B. Kelly (filed today); United States v. Mark Rothfuss (filed today)