UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BL TRADING, INC.,**<br>            **Defendant.** | Criminal Case No. 10-CR-10413-NG |

**CORPORATE DISCLOSURE STATEMENT**
**BY THE UNITED STATES UNDER LOCAL RULE 112.4(B)**

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the companies listed below as organizational victims, parent companies of victims, or publicly held corporations that own 10% or more of victim companies, of the crimes alleged in the above-captioned information:

        EMC Corporation, which has no parent company, and according to

        the company there is no public company that owns 10% or more or

        EMC stock.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:   */s/ Scott L. Garland*
      SCOTT L. GARLAND
      Assistant U.S. Attorney

Dated: December 10, 2010

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the clerk's office, will be sent electronically when it is posted on the ECF system to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served by mail on non-participants in the electronic filing system.

                                                                  */s/ Scott L. Garland*
                                                                  SCOTT L. GARLAND
                                                                  Assistant United States Attorney

Dated: December 10, 2010