UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               v.<br><br>BL TRADING, LLC,<br><br>               Defendants. | Criminal Case No. 10-10413-NG |

**NOTICE OF APPEARANCE**

Kindly enter my appearance in the above-captioned action as counsel for defendant BL Trading, LLC.

                                      Respectfully submitted,

                                      BL TRADING, LLC

                                      By its attorney,

                                      /s/ Denis M. King
                                      Denis M. King (BBO No. 555838)
                                      GOULSTON & STORRS, P.C.
                                      400 Atlantic Avenue
                                      Boston, MA 02110-3333
                                      (617) 482-1776

-2-

## Certificate of Service

As required by Paragraph E of the Electronic Case Filing Administrative Procedures in effect in this District, dated January 1, 2006, I hereby certify that this document, filed through the ECF system, will be sent electronically to counsel of record for the Government, who is a registered participant as identified on the Notice of Electronic Filing this 7th day of January 2011.

.

/s/ Denis M. King