UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Case No. 10-CR-10413-NMG |
| BL TRADING, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**GOVERNMENT'S ASSENTED-TO MOTION**
**TO DISMISS INFORMATION WITH PREJUDICE**

Pursuant to Fed. R. Crim. P. 48(a)(2), the Government hereby moves to dismiss with prejudice the Information filed in this action. In support of this motion, the Government states as follows:

1. The Information in this case (Doc. 1) was filed on December 7, 2010 pursuant to a Deferred Prosecution Agreement between the Government and the Defendant (Doc. 5) (the "Agreement"). The Agreement was approved by the Court (Gertner, U.S.D.J.) on January 20, 2011 (the "Effective Date").

2. The Agreement provides that the term thereof shall commence on the Effective Date and terminate on the date that is two years and thirty days after the Effective Date (the "Termination Date"); provided that no matter requiring the Defendant's assistance remains active on the Termination Date. No such matter was active on the Termination Date.

3. The Defendant has fully complied with the terms of the Agreement. Accordingly, pursuant to the terms of the Agreement, the Government hereby moves to dismiss the Information with prejudice.

### LR 7.1A(2) Certification

The undersigned hereby certifies that, prior to filing this motion, he communicated with counsel for the Defendant, who assents assents to the granting of this motion.

### CONCLUSION

For the foregoing reasons, the Government respectfully requests that its motion be granted.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Carmen M. Ortiz
United States Attorney

Scott L. Garland
Assistant U.S. Attorney

Dated: March 14, 2013

### Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the attorney of record for each party in this action, each of whom is a registered participant as identified on the Notice of Electronic Filing this 22nd [14th] day of March 2013.

/s/ Scott L. Garland
Scott L. Garland